**Mary A. MORGAN, Plaintiff/Appellant,**

v.

**UNITED STATES FIDELITY & GUARANTY COMPANY and Grover DeWayne Emily, Defendant/Respondent.**

**No. 65583.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 21, 1995.

James S. Collins, II, St. Louis, for appellant.

Robbye Hill Toft, St. Louis, for respondent.

Before CRANDALL, P.J., and WHITE and DOWD, JJ.

### ORDER

PER CURIAM.

Plaintiff, Mary A. Morgan, appeals from the judgment on a jury verdict which awarded her damages in her action for bodily injury.

We have reviewed the record on appeal. The evidence in support of the jury verdict is not insufficient; no error of law appears. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).